IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:18mj256

JOSEPH MALDONADO-PASSAGE

## INITIAL APPEARANCE FOR DEFENDANT CHARGED IN ANOTHER DISTRICT

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate ✓

2. Advised of the charge or charges ✓

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised that waiver does not prevent requesting counsel for trial _____

6. Defendant executed CJA 23 ✓

-1-

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

8. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel ___

9. Defendant admitted financial ability to employ counsel/Counsel ___

10. Defendant found financially unable to employ counsel ___

11. Defendant found to be able to make full or partial payment for appointed counsel ___

12. Federal public defender appointed solely for the purposes of proceedings in this district ___

13. Since indicted, informed that not entitled to a preliminary hearing ✓

14. Advised of right to hearing in this district as to identity (Rule 5(a)) ✓

    (a) Advised of right to subpoena witnesses and produce evidence at identity hearing ___

    (b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant ___

    (c) Advised of right to waive identity hearing ___

    (d)    Identity hearing waived (AO 121) ✓

    (e)    Fix date for identity hearing
           _____

    (f)    Identity hearing held and defendant <u>found/not found</u> to be the persons named in the charging instrument

    (g)    Removal warrant authorized ✓

15. Defendant advised of right to consider Rule 20 transfer ✓

16. Defendant advised of right to reasonable bail

17. Order Setting Conditions of Release entered (AO 199A)

18. Government moved for detention without bail ✓

    (a)    Government represented ready for detention hearing immediately

    (b)    Government requested continuance of __1-3__ days (up to and including 3 days)

    (c)    Defendant advised of right of continuance for up to and including 5 days

    (d)    Detention hearing scheduled and Temporary Detention Order entered

    (e)    Detention hearing conducted

        1)    Order of detention entered

        2)    Order Setting Conditions of Release entered

    (f)    Defendant stipulated to detention pending

   review in charging district  ✓

(g) Defendant currently under order of incarceration, negating necessity of consideration of detention on this charge(s) at this time  ___

_____
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

NOTES: _____
_____
_____

AUSA present at initial appearance:  R. Love

AFPD present at initial appearance:  T. Keith

Date:  September 7, 2018