UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | COMMITMENT |
| -vs - | TO ANOTHER DIVISION |
| JOSEPH MALDONADO-PASSAGE | CASE NO.  3:18MJ256 |

### CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Indictment | 18 U.S.C. § 1958(a) | Western District of Oklahoma |
| | | 3:17cr72-J-39JRK |

**Description:**

### PROCEEDINGS

**BOND STATUS:** Held in custody

**COUNSEL:** AFPD

**INTERPRETER:** n/a

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of JOSEPH MALDONADO-PASSAGE, and to transport the Defendant with a certified copy of this Commitment Order forthwith to the Charging Division and there deliver her to the United States Marshal for that District or to some other officer authorized to receive the Defendant.

September 7, 2018

*Elizabeth M. Timothy*
Chief U.S. Magistrate Judge

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |