IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                       Case No.  3:18mj256

JOSEPH MALDONADO-PASSAGE

---

I, JOSEPH MALDONADO-PASSAGE, understand that in the Western District of Oklahoma, charges are pending alleging a charge of 18 U.S.C. §§ 1958(a), and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am
        unable to retain counsel,

(2)     request transfer of the proceedings to this district pursuant
        to Rule 5, Fed.R.Crim.P., in order to plead guilty,

(3)     an identity hearing to determine if I am the person named in the charge,
        and

(4)     a preliminary examination (unless an indictment has been
        returned or an information filed) to determine whether
        there is probable cause to believe an offense has been
        committed by me, the hearing to be held either in this
        district or the district of prosecution.

(5)     a detention hearing, the hearing to be held either in this district or the
        district
        of prosecution

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☑     identity hearing

☐    preliminary hearing (if entitled to such hearing)

☐    preliminary hearing but request a preliminary examination to be held in the prosecuting district

☑    detention hearing but request a detention hearing to be held in the prosecuting district, and, therefore, consent to remain in custody to be transported to the prosecuting district where the charge is pending against me.

_____
JOSEPH MALDONADO-PASSAGE

_____
September 7, 2018                        Counsel for the Defendant

Case No. 3:18mj256