

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA**

# MEMORANDUM

**UNITED STATES OF AMERICA**　　　　　　　　　　Case No.   3:18mj256-EMT

**-vs-**

**JOSEPH MALDONADO-PASSAGE**

| | |
|---|---|
| DATE: | September 11, 2018 |
| TO: | United States District Court<br>Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102<br><br>**Your case No.:   3:17cr72-J-39JRK** |
| FROM: | Paula Cawby, Courtroom Deputy<br>Elizabeth M. Timothy, United States Magistrate Judge<br>Charles J. Kahn, Jr. United States Magistrate Judge<br>United States Courthouse<br>100 North Palafox Street<br>Pensacola, Florida   32502-5625 |
| SUBJECT: | Rule 5 Proceedings |

The above-styled case originated in your division.  Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE:　　September 11, 2018
DETENTION STATUS:　　　Defendant Remanded
CHARGING DOCUMENT:　Indictment

Enclosures